UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEIL SILVER,

    Plaintiff,

    v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

    Defendant.

_____/

No. C 14-0652 PJH

**ORDER STAYING BRIEFING SCHEDULE ON MOTION TO CERTIFY CLASS**

On March 20, 2014, plaintiff in the above-captioned case filed a motion to certify class. The motion is not noticed for hearing until September 10, 2014. However, pursuant to Civil Local Rule 7-3, the deadline for defendant to oppose the motion was set for April 3, 2014, and the deadline for plaintiff's reply was set for April 10, 2014. Neither party has met its deadline, and indeed, the court sees no reason for the parties to file their briefs so far in advance of the hearing date. Instead, the court will re-set the briefing deadlines at the initial case management conference, which will occur on May 22, 2014. Until then, the briefing schedule for plaintiff's motion to certify class is STAYED.

**IT IS SO ORDERED.**

Dated: April 18, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge