UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEIL SILVER,

    Plaintiff,

    v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

    Defendant.
_____/

No. C 14-0652 PJH

**ORDER STAYING CASE**

The motion of defendant Pennsylvania Higher Education Assistance Agency ("defendant") for an order staying the above-entitled action pending resolution by the Federal Communications Commission ("FCC") of certain petitions for declaratory ruling came on for hearing before this court on August 20, 2014. Plaintiff Neil Silver appeared through his counsel, Matthew Loker. Defendant appeared through its counsel, Donald Bradley. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, the court hereby GRANTS the motion for the reasons stated at the hearing. The case is stayed for six (6) months, and the stay will automatically be lifted at the end of that time. As discussed at the hearing, the parties will appear for a case management conference on March 12, 2015 – however, if the FCC rules on the pending petitions before then, the parties may stipulate to advance the date of the case management conference.

**IT IS SO ORDERED.**

Dated: August 20, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge