UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEIL SILVER,

    Plaintiff,

    v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,

    Defendant.
_____/

No. C 14-0652 PJH
No. C 14-4317 PJH

**ORDER RELATING CASES**

Before the court is defendant's "Notice of Related Action," filed in *Silver v. Pennsylvania Higher Education Assistance Agency* (C 14-0652 PJH) in which defendant seeks to relate a later-removed action involving the same parties (*Silver v. Pennsylvania Higher Education Assistance Agency*, C 14-4317 PJH).  The local rules of this court have replaced the "notice of related case" procedure with one requiring an administrative motion to determine if cases are related.  Civil Local Rule 3-12.  The purpose of relating two cases is to bring them both before the same judge.  Given that both cases at issue have already been randomly assigned to the undersigned judge, a motion is not really necessary and the court excuses defendant's failure to comply with Rule 3-12.

To the extent that there is any economy to be served by "relating" two cases already before the same judge, the request is GRANTED and the cases will be noted as related on the court's docket.  However, the earlier-filed case has been stayed until a March 12, 2015 case management conference.  The later-filed case will be set for case management conference in December 2014 by separate order.  As it does not involve the TCPA, the stay will not automatically apply to it.

**IT IS SO ORDERED.**

Dated: October 2, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge