# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL SILVER,<br><br>   Plaintiff,<br><br>  v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>   Defendant. | Case No. 14-cv-0652-PJH<br><br>**JUDGMENT** |

  The issues having been duly heard and the court having granted defendant's motion for summary judgment,

  it is Ordered and Adjudged

  that judgment is hereby entered in favor of defendant and against plaintiff.

  **IT IS SO ORDERED.**

Dated: March 31, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge