| Name Abbas Kazerounian, Esq. |
| Address 245 Fischer Avenue, Unit D1 |
| City, State, Zip Costa Mesa, CA 92626 |
| Phone (800) 400-6808 |
| Fax (800) 520-5523 |
| E-Mail ak@kazlg.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| NEIL SILVER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF(S), v. PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, DEFENDANT(S). | CASE NUMBER: 14-cv-652 PJH |
|---|---|
| | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____ NEIL SILVER _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Order Motion for Summary Judgment

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on March 31, 2016 _____.

A copy of said judgment or order is attached hereto.

| April 13, 2016 | /s/ Abbas Kazerounian |
|---|---|
| Date | Signature |
| | ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk |

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).