# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEIL SILVER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, DBA FEDLOAN SERVICING,**<br><br>Defendants. | Case No.: 14-cv-00652 PJH<br><br>[~~PROPOSED~~] **ORDER**<br><br>**HON. PHYLLIS J. HAMILTON** |

Having read the Parties' December 21, 2018 Status Report, and for good cause,

**IT IS HEREBY ORDERED THAT:**

1. The Parties shall file a Proposed Briefing Scheduling for Plaintiff NEIL SILVER's Motion for Class Certification on or before February 22, 2019.

Dated: December 21, 2018

_____

HONORABLE PHYLLIS J. HAMILTON