Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Neil Silver, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br>    vs.<br><br>**Pennsylvania Higher Education Assistance Agency, dba FedLoan Servicing,**<br>Defendant(s). | Case No.:<br><br>4:14-cv-00652<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

NOW COME THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to individual claims only. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: February 26, 2020            **Law Offices of Todd M. Friedman, P.C.**

                                                    By: s/ Adrian R. Bacon
                                                    Adrian R. Bacon, Esq.

# **CERTIFICATE OF SERVICE**

Filed electronically on February 26, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on February 26, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon
Adrian R. Bacon, Esq.